NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LEE CLARIDY, DOC #786835,        )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D18-3677
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____)

Opinion filed November 22, 2019.

Appeal from the Circuit Court for
Sarasota County; Stephen Walker,
Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

        Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.